

## OFFICE OF THE ATTORNEY GENERAL OF TEXAS
### AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Mr. Gordon C. Cass
County Attorney
Lampasas County
Lampasas, Texas

Dear Sir:

Opinion No. O-4118
Re: Authority of Commissioners
Court to grant a crossing
of railroad by private road.

This will acknowledge receipt of your request of October 9, 1941, as follows:

"Would the Commissioners Court of Lampasas County, Texas, have the authority to grant and open a private crossing across a railroad where the railroad divides the landowner's property upon the request of the landowner?"

It is the opinion of this department that such authority does not exist. The Commissioners Court may lay out roads only where a public necessity exists but not for the benefit of a private party. See Dunlap v. Hardin 223 S.W. 711; Gray v. Lewis 88 S.W. (2d) 603; Moseley v. Bradford 190 S.W. 824. The right of eminent domain may be exercised for the establishment of public roads but not of private ones. See Leathers v. Craig 228 S.W. 995.

Whether or not a road is a private or public road of course depends upon the facts in each case. But you have eliminated the fact question since your request is limited to a private crossing.

Trusting that this fully answers your question we are

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

D. D. Mahon
Assistant

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN

DDM:FS